

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00880-CV

Jose C. **LOPEZ** and Georgia Rodriguez,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC**, et al.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48902-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellants.

SIGNED February 5, 2014.

Catherine Stone, Chief Justice